# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **NAKEEMA S. STRINGFELLOW** | **CASE NO. 3:19-CV-00190** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PAMELA HENDERSON, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiff's complaint is hereby DISMISSED, WITHOUT PREJUDICE, in its entirety, for lack of subject matter jurisdiction. Fed.R.Civ.P. 12(h)(3).

Monroe, Louisiana, this 3rd day of June, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE